# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHARLES EUGENE MOORE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.: 5:19-cv-1454-LCB-GMB |
| **V. MOORE,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

On December 12, 2019, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that this action be dismissed without prejudice for failure to comply with a court order (Doc. 7). On October 31, 2019, Plaintiff Charles Eugene Moore was ordered to pay a partial filing fee of $11.50 and return a properly executed Prisoner Consent Form for payment of the remaining fee within thirty days (Doc. 6); the deadline passed without receipt of the payment or the consent form. Plaintiff thereafter moved to extend the payment deadline (Doc. 8), a request the Court construes as an objection to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C.

§ 636(b)(1). The Court reviews the unchallenged portions of the Magistrate Judge's report for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed de novo the proposed findings and recommendations, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 7) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. Accordingly, the Court **OVERRULES** Defendant's objections and **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this April 20, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE